**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 122 EAL 2018

          Respondent :

           : Petition for Allowance of Appeal from
           : the Order of the Superior Court

          v. :

FATIH D. ANDERSON, :

          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.